Marianne Malveaux, CA SBN 225657
P.O. Box 21144
El Sobrante, CA 94820
TEL. (510) 224-4783; FAX (510) 275-0302

STERLING LAW FIRM
Barbara E. Ransom, PHV PA SBN 64166
1818 Old Cuthbert Rd., Suite 202
Cherry Hill, NJ 08034
Tel. (215) 620-2557; Fax (800) 886-5648
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.L** by and through her guardian, **I. LEE**,<br><br>Plaintiff,<br><br>v.<br><br>**CLOVIS UNIFIED SCHOOL DISTRICT, YVETTE ADAMS**, in her personal and official capacity as Program Specialist, and **JOHN DOES 1 – 3** who hired, trained and supervised teacher and Aides<br><br>Defendants. | No. **1:17−CV−00358−AWI−MJS**<br><br>**STIPULATION OF THE PARTIES TO A CONTINUANCE OF THE JUNE 15, 2017 SCHEDULING CONFERENCE; AND ORDER** |

By this Stipulation, the Parties, by and through their counsel of record, update the Court on communications between Counsel, as well as stipulate to and request a continuance of the June 15, 2017 Initial Scheduling Conference (Doc. No. 4).

WHEREAS, Counsel have had one Rule 16(f) conference but have not exchanged the Rule 26(a) initial disclosures.

WHEREAS, Plaintiffs has initiated settlement discussions by providing Defendants a written settlement offer on May 5, 2017, to which Defendants have not yet responded.

---

WHEREAS, Plaintiffs' Counsel has advised Defendants' Counsel that they intend to amend their complaint as a matter of right to include a necessary party. Without agreeing that the potential additional defendant is a necessary party, Defendants have agreed that they will consent to an extension of time for Plaintiffs to amend the complaint as a matter of right beyond the May 10, 2017 deadline, until on or before June 9, 2017

WHEREAS, Defendants' response to Plaintiffs' complaint is not due until on or before June 19, 2017, a date after that scheduled for the Initial Scheduling Conference.

WHEREAS, Plaintiffs' Counsel has advised Defendants of commitments in Washington, D.C. June 14-16, 2017.

Accordingly, as a result of the above, and in the interests of judicial economy and efficiency, Counsel for the Parties stipulate to and request from the Court a 60-days extension from June 15, 2017 for the Initial Scheduling Conference to a date that is convenient for the Court.

**LOZANO SMITH**

/s/Barbara E. Ransom  
Barbara E. Ransom  
Marianne Malveaux  
Attorneys for Plaintiffs

/s/Matthew R. Hicks  
Sloan R. Simmons  
Matthew R. Hicks  
Attorneys for Defendants

Date: 5/10/2017

Date: 5/10/2017

**ORDER**

Pursuant to the Parties' foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that the Initial Scheduling Conference in this case is continued to August 17, 2017 at 10:30 AM.
IT IS SO ORDERED.

Dated: May 12, 2017

/s/ *Michael J. Seng*  
UNITED STATES MAGISTRATE JUDGE