# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **A.L. by and through her guardian, I. LEE and I. LEE on her on own behalf,** | **CASE NO. 1:17-CV-0358 AWI MJS** |
| **Plaintiffs,** | **ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT** |
| **v.** | |
| **CLOVIS UNIFIED SCHOOL DISTRICT, YVETTE ADAMS, in her personal and official capacity as Program Specialist, APRILE WOODS, and JOHN DOES 1-3 who hired, trained and supervised teacher and Aides,** | |
| **Defendants.** | |

Plaintiffs seek a 7 day extension to the deadline for filing their amended complaint. Defendants do not oppose the request. Plaintiffs' request is GRANTED. The Second Amended Complaint must be filed on or before 4:00 PM on April 27, 2018.

IT IS SO ORDERED.

Dated:  April 19, 2018         _____

SENIOR DISTRICT JUDGE